

**KAUFMAN BORGEEST & RYAN LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600    FAX: 212.980.9291    WWW.KBRLAW.COM

## MEMO ENDORSED

December 10, 2025

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

ELIZABETH RIVERA
DIRECT:646.367.6746
ERIVERA@KBRLAW.COM

Application GRANTED. The status conference scheduled for December 17, 2025 at 10:00 a.m. will proceed by telephone. A few minutes before the conference, the parties must call (855) 244-8681 and enter the access code 2314 181 4376#. SO ORDERED.

Barbara Moses
United States Magistrate Judge
December 16, 2025

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:    Joshua Palmer v. NYU Langone Health System
          Civil Action No.: 1:25-cv-03508-DEH-BCM                                    __

Dear Judge Moses:

We represent Defendant NYU Langone Health System ("Defendant") in the above-referenced matter. We write jointly with Plaintiff's counsel pursuant to your September 4, 2025 Order (ECF # 19) to provide a status update. A mediator has been assigned to the case and the parties are in the process of exchanging information pursuant to the Pilot Discovery Protocol in accordance with ECF # 13.

The parties have been unable to schedule mediation, exchange written discovery, and conduct depositions because Plaintiff's counsel has been receiving intensive cancer treatment since the last conference held on September 4, 2025. Plaintiff's counsel plans to return to work on Monday, December 15th and the parties agree to resume discovery and schedule mediation soon thereafter.

In light of the delays, the parties respectfully request a 120-day extension of all discovery deadlines. Based on the scheduling ordered by the Court in ECF # 19, this would mean that all fact discovery (including depositions) is due by April 29, 2026.

No discovery controversies exist at this time. As such, the parties request that the December 17, 2025 conference be held telephonically.

NEW YORK                    NEW JERSEY                    CONNECTICUT                    CALIFORNIA

11610812

Thank you in advance for your time.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride, Esq
Elizabeth Rivera, Esq.

cc:     All counsel of record (Via ECF)

KAUFMAN BORGEEST & RYAN LLP

11610812