UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/17/25
```

JOSHUA PALMER,

          Plaintiff,

-against-

NYU LANGONE HEALTH SYSTEM,

          Defendant.

25-CV-3508 (DEH) (BCM)

**REVISED CASE MANAGEMENT ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, the Court adopts the following revised case management and scheduling order pursuant to Fed. R. Civ. P. 16:

1.    <u>Automatic Disclosures</u>. The parties' deadline to exchange the disclosures required by Fed. R. Civ. P. 26(a)(1) is EXTENDED to **December 31, 2025**.

2.    <u>Written Discovery</u>. The parties' deadline to serve their initial requests for production of documents and any initial interrogatories (in compliance with Local Rule 33.3(a)) is EXTENDED to **January 14, 2026**.

3.    <u>Depositions, Additional Fact Discovery, and the Close of All Discovery</u>. The parties' deadline to complete all remaining fact discovery, including depositions, is EXTENDED to **April 17, 2026**. As the parties do not contemplate expert discovery, all discovery must be completed **April 17, 2026**. No further extensions of these deadlines will be granted absent compelling circumstances.

4.    <u>Status Conference</u>. Judge Moses will conduct a status conference on **April 9, 2026, at 10:00 a.m**. in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **April 2, 2026**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Except as modified above, all provisions of the Court's Initial Case Management Order (Dkt. 19) remain in effect.

Dated: New York, New York
       December 17, 2025

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**