USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/28/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA PALMER,

Plaintiff,

-against-

NYU LANGONE HEALTH SYSTEM,

Defendant.

25-CV-3508 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On July 8, 2026, attorney Randy A. Hernandez moved to withdraw as counsel for plaintiff Joshua Palmer. (Dkt. 31.) On July 9, 2026, I issued an Order (7/9/26 Order) (Dkt. 32) setting a deadline for any party to respond to the withdrawal motion. The 7/9/26 Order also directed attorney Hernandez to "promptly" serve his motion papers – and the 7/9/26 Order – upon plaintiff (via mail and a second, reliable method), and "file proof of such service on the docket." No such proof has been filed. Nor has counsel otherwise provided this Court with contact information for his client, which the Court requires in the event the withdrawal motion is granted. Consequently, the Court cannot act on the motion.

Attorney Hernandez is again directed to *promptly* serve plaintiff Palmer with his motion papers, the 7/6/26 Order – and this Order – and to **file proof of such service on the docket**. The proof of service must include plaintiff's postal address, email address, and telephone number. Plaintiff's deadline to respond to the withdrawal motion is hereby EXTENDED to **August 13, 2026**.

Dated: New York, New York
July 28, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**