USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/05/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA PALMER,

Plaintiff,

-against-

NYU LANGONE HEALTH SYSTEM,

Defendant.

25-CV-3508 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 4, 2026, I granted plaintiff's counsel's motion to withdraw as counsel and directed plaintiff, no later than September 25, 2026, to have new counsel file a notice of appearance or, if plaintiff wished to proceed pro se, to file a Notice of Pro Se Appearance. (Dkt. 37.) No appearance was timely filed.

As a courtesy, and given plaintiff's pro se status, the deadline for plaintiff to file a notice of appearance (either pro se or through counsel) is EXTENDED to **October 30, 2026**. If no appearance is made, the undersigned Magistrate Judge will recommend that this case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 16(f)(1) and 41(b).

The Clerk of Court is respectfully directed to (1) update the docket to reflect plaintiff 's below address, and (2) mail this Order to plaintiff at:

Joshua Palmer
290 3rd Avenue
Apt. 31 C
New York, NY 10010

Dated: New York, New York
October 5, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**